BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD STEELE** | Case No.  CIV-10-794 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to January 25, 2011.  This is Plaintiff's first request for an extension and is required due to Plaintiff's counsel's impacted briefing schedule, and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: December 8, 2010 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated:December 8, 2010 | Benjamin B. Wagner |
| | United States Attorney |
| | /s/ *Cynthia De Nardi*<br>CYNTHIA DE NARDI |
| | Special Assistant U.S. Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 9, 2010.

_____
U.S. MAGISTRATE JUDGE

2