1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD STEELE** | Case No. CIV-10-794 JFM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 25, 2011, to February 7, 2011.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: February 1, 2011                    */s/Bess M. Brewer*
                                            BESS M. BREWER
                                            Attorney at Law

                                            Attorney for Plaintiff


Dated: February 1, 2011                    Benjamin B. Wagner

                                            United States Attorney

                                            /s/ *Cynthia De Nardi*
                                            CYNTHIA DE NARDI



                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: February 9, 2011.

UNITED STATES MAGISTRATE JUDGE

2